```
                UNITED STATES DISTRICT COURT
                   DISTRICT OF NEW JERSEY
```

_____
                                    :
GIUSEPPE GIUDICE,                   :
                                    :
         Petitioner,                :   Civ. No. 17-6914 (NLH)
                                    :
    v.                              :   ORDER TO ANSWER
                                    :
US BUREAU OF PRISONS, et al.,       :
                                    :
         Respondents.               :
_____:

Petitioner is a prisoner currently incarcerated at the Federal Correctional Institution in Fort Dix, New Jersey.  He is proceeding through counsel with a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.  (ECF No. 1.)

In accordance with Rule 4 of the Rules Governing Section 2254 Cases, applicable to § 2241 cases through Rule 1(b) of the Rules Governing Section 2254 Cases, this Court has screened the Petition for dismissal and determined that dismissal without an answer and the record is not warranted.

Therefore, IT IS on this   21st   day of  September , 2017,

ORDERED that the Clerk shall serve a copy of the Petition (ECF No. 1) and this Order upon Respondents by regular mail, with all costs of service advanced by the United States; and it is further

ORDERED that the Clerk shall forward a copy of the Petition (ECF No. 1) and this Order to the Chief, Civil Division, United States Attorney's Office, at the following email address: USANJ-HabeasCases@usdoj.gov; and it is further

ORDERED that within forty-five (45) days of the date of this Order, Respondents shall file and serve an answer which responds to the allegations and grounds in the Petition and which includes all affirmative defenses Respondents seek to invoke; and it is further

ORDERED that Respondents shall file and serve with the answer certified copies of all documents necessary to resolve Petitioner's claims and affirmative defenses; and it is further

ORDERED that within thirty (30) days of receipt of the answer, Petitioner may file a reply to the answer; and it is further

ORDERED that within seven (7) days of Petitioner's release, be it parole or otherwise, Respondents shall electronically file a written notice of the same with the Clerk.


At Camden, New Jersey
s/ Noel L. Hillman
NOEL L. HILLMAN, U.S.D.J.